# In the United States Court of Federal Claims

No. 09-759 C

(Filed May 28, 2013)

```
* * * * * * * * * * * * * * * *   *
TRUSTED INTEGRATION, INC.,        *
                                  *
           Plaintiff,             *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
           Defendant.             *
                                  *
* * * * * * * * * * * * * * * *   *
```

## AMENDED SCHEDULING ORDER

On May 20, 2013, the parties filed a Joint Motion For Bifurcation and Amendment of Schedule in this matter.  Therein, the parties request that the court issue an enlargement of time of sixty days to certain deadlines set forth in the court's amended scheduling order of February 11, 2013, to enable the parties to address the issues of liability and damages in separate proceedings.  Specifically, the parties propose to the court that they, first, conduct discovery and have a trial on the issue of liability and, if plaintiff establishes that defendant breached its contract, they propose to conduct a second phase of discovery and have a trial on the issue of damages.  Additionally, the parties request that the court add an "interim deadline for Trusted Integration to review the CSAM C&A Web software produced by defendant and to identify the precise TrustedAgent software Trusted Integration claims defendant improperly used or copied based upon Trusted Integration's review of that software."  Jt. Mot. ¶ 6.

For good cause shown, it is hereby **ORDERED** that:

(1)   The parties' Joint Motion for Bifurcation and Amendment of
      Schedule, filed May 20, 2013, is **GRANTED**;

(2) Plaintiff shall **SERVE** on defendant, by or before **July 3, 2013**, a stipulation identifying the particular portions of the TrustedAgent software that Trusted Integration claims defendant improperly used or copied based upon review of the software provided by defendant;

(3) The discovery schedule set forth below is specific to the issue of liability only:

   (a) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admission, shall be **COMPLETED** no later than **February 11, 2014**;

   (b) Within sixty days of the close of factual discovery, but no later than **April 30, 2014**, plaintiff shall **DISCLOSE** its **expert(s)** and provide **expert reports**. Defendant shall have thirty days from the date of that disclosure to depose plaintiff's expert(s);

   (c) Within sixty days of plaintiff's expert disclosure, but no later than **June 25, 2014**, defendant shall **DISCLOSE** its **expert(s)** and provide **expert reports**. Plaintiff shall have thirty days from the date of that disclosure to depose defendant's expert(s);

   (d) All **expert discovery** shall be **COMPLETED** no later than **August 19, 2014**; and

(4) The parties are directed to **FILE** a **Joint Status Report** no later than **August 26, 2014**. The status report shall include a proposed schedule for the filing of the parties' dispositive motions, if any.

/s/Lynn J. Bush  
LYNN J. BUSH  
Judge